MARTIN L. FINEMAN, CA State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

MICHAEL P. CHU
CHARLES MCMAHON
TREVOR K. COPELAND
LAURA A. LYDIGSEN
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
Email: mchu@usebrinks.com; cmcmahon@usebrinks.com;
tcopeland@usebrinks.com; llydigsen@usebrinks.com

Attorneys for Defendant AERO PRODUCTS INT'L INC.

KATHRYN G. SPELMAN, CA State Bar No. 154512
DANIEL H. FINGERMAN, CA State Bar No. 229683
MOUNT & STOELKER, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street,
San Jose, CA 95110
Email: kspelman@mount.com; dfingerman@mount.com

Attorneys for SAN FRANCISCO TECHNOLOGY INC.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AERO PRODUCTS INT'L INC., ET AL. <br> Defendants. | Case No. CV-10-02994-JF <br><br> **STIPULATED ORDER OF DISMISSAL** |

The parties, plaintiff San Francisco Technology, Inc. and defendant Aero Products International Inc., by counsel, hereby stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to the dismissal of all claims against Aero Products International Inc. in the lawsuit captioned above, with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: August 31, 2010

By: Daniel H Fingerman
KATHRYN G. SPELMAN
  CA State Bar No. 154512
DANIEL H. FINGERMAN
  CA State Bar No. 229683
MOUNT & STOELKER, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street,
San Jose, CA 95110
Email: kspelman@mount.com;
dfingerman@mount.com

Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY INC.

Dated: August 31, 2010

By: /s/ Martin L. Fineman
MARTIN L. FINEMAN, CA State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111-3611
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

MICHAEL P. CHU
CHARLES M. MCMAHON
TREVOR K. COPELAND
LAURA A. LYDIGSEN
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
Email: mchu@usebrinks.com;
cmcmahon@usebrinks.com;
tcopeland@usebrinks.com;
llydigsen@usebrinks.com

Attorneys for Defendant
AERO PRODUCTS INT'L INC.

I attest that concurrence in the filing of this document has been obtained from Daniel H. Fingerman.

Dated: August 31, 2010        /s/ Martin L. Fineman
                              Martin L. Fineman

SO ORDERED:

  9/3/10                      _____
  Date                        The Honorable Jeremy Fogel
                              United States District Court Judge

STIPULATED ORDER OF DISMISSAL    - 2 -
CV 10-02994 JF