1  Evan S. Nadel - SBN 213230
   GREENBERG TRAURIG, LLP
2  153 Townsend Street, 8th Fl.
   San Francisco, CA 94107
3  Telephone: (415) 655-1300
   Facsimile: (415) 707-2010
4  Email: nadele@gtlaw.com

5  Peter J. McAndrews, Esq. (*pro hac vice* application pending)
   MCANDREWS, HELD & MALLOY, LTD
6  500 West Madison Street, 34th Floor
   Chicago, IL 60661
7  Telephone: (312) 775-8000
   Facsimile: (312) 775-8100
8  Email: pmcandrews@mcandrews-ip.com

9  Attorneys for Defendant,
   Global Concepts Limited Inc.

**E-Filed 9/27/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc.<br><br>   Plaintiff,<br><br>v.<br><br>Aero Products International, Inc, BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro, Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design Inc.<br><br>   Defendants. | CASE NO. 5:10-CV-02994-JF<br><br>**DEFENDANT GLOBAL CONCEPTS LIMITED INC.'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE;** ~~[PROPOSED]~~ **ORDER** AS MODIFIED<br><br>Judge:   Hon. Jeremy Fogel<br>Date:    November 19, 2010<br>Time:    9:00 am<br>Place:   **Courtroom 3, Fifth Floor** |

Pursuant to Civ. L.R. 16-10(a), attorney Peter J. McAndrews, Esq. of McAndrews, Held & Malloy, Ltd. in Chicago, Illinois, trial counsel for Defendant Global Concepts Limited, Inc. ("GCL") in this action, respectfully requests permission to participate in the initial Case Management Conference and concurrently scheduled hearing by telephone. The Case Management Conference currently is set for November 19, 2010, at 11:00 a.m., at which time the Court also is scheduled to hear GCL's pending motion to dismiss or, in the alternative, to sever and transfer. *See* Docket No. 224.

Respectfully submitted,

Dated: September 24, 2010

GREENBERG TRAURIG, LLP

By: /s/ Evan S. Nadel
Evan S. Nadel

MCANDREWS, HELD & MALLOY, LTD.
Peter J. McAndrews

Attorneys for Defendant
Global Concepts Limited Inc.

### [PROPOSED] ORDER

The request to appear at the initial Case Management Conference and concurrently scheduled hearing by telephone is GRANTED. Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Date: 9/27/2010

By: _____
Jeremy Fogel, U.S. District Court Judge

Request For Counsel To Participate In Initial CMC By Telephone And [Proposed] Order     1     Case No. 5:10-cv-02994