Kathryn G. Spelman, Esq. (SBN 154512)
kspelman@mount.com
Daniel H. Fingerman, Esq. (SBN 229683)
dfingerman@mount.com
MOUNT & STOELKER, P.C.
River Park Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Telephone: (408) 279-7000
Fax: (408) 998-1473
Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY INC.

Talley E. McIntyre (SBN 203131)
thenry@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Maia H. Harris (*Pro Hac Vice*)
mharris@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street, 25th Floor
Boston, MA 02110
Telephone: (617) 345-1000
Fax: (877) 670-8148
Attorneys for Defendant
SCHICK MANUFACTURING INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> vs. <br><br> AERO PRODUCTS INTERNATIONAL INC.; BP LUBRICANTS USA INC.; BRK BRANDS INC.; CALICO BRANDS INC.; COOPER LIGHTING LLC; DAREX LLC; DEXAS INTERNATIONAL LTD.; DYNA-GRO NUTRITION SOLUTIONS; FISKARS BRANDS INC.; GLOBAL CONCEPTS INC.; HOMAX PRODUCTS INC.; KIMBERLY-CLARK CORPORATION; KRACO ENTERPRISES LLC; LIXIT CORPORATION; MEAD | No. CV10-02994-HRL <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SEVERANCE OF CLAIMS AGAINST SCHICK MANUFACTURING INC.** <br><br><br> Judge: Hon. Jeremy Fogel <br><br> Complaint Filed: July 8, 2010 |

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SEVERANCE OF CLAIMS AGAINST SCHICK
MANUFACTURING INC.
CASE NO. 10 CV10-02994 - HRL

-1-

13138559.4

| | |
|---|---|
| WESTVACO CORPORATION; NUTRITION 21 INC.; OATEY CO.; OPTIMUM TECHNOLOGIES INC.; NEWELL RUBBERMAID INC.; SCHICK MANUFACTURING, INC.; THE SCOTTS COMPANY LLC; STERLING INTERNATIONAL INC.; VITAMIN POWER INCORPORATED; WOODSTREAM CORPORATION; 4-D DESIGN INC, | |
| Defendants. | |

Plaintiff San Francisco Technology, Inc. and Defendant Schick Manufacturing Inc. ("Schick") hereby stipulate and agree that Defendant Schick shall be severed from this case. This stipulation is made in light of the Court's ruling in *San Francisco Technology, Inc. v. The Glad Products Co.*, 2010 U.S. Dist. Lexis 83681 (N.D. Cal. 2010), where the Court determined that severance is appropriate in a similar situation. Subject to the Court's approval, the parties request that the Clerk open a new case number in *San Francisco Technology, Inc. v. Schick Manufacturing Inc.*

DATED: September 16, 2010   NIXON PEABODY LLP

By: /s/ Talley E. McIntyre
_____
Talley E. McIntyre
Attorneys for Defendant
SCHICK MANUFACTURING, INC.

DATED: September 16, 2010   MOUNT & STOELKER, P.C.

By: /s/ Daniel H. Fingerman
_____
Daniel H. Fingerman
Attorneys for Plaintiff
SAN FRANCISCO TECHNOLOGY INC.

In accordance with General Order No. 45, Rule X, I, Talley E. McIntyre attest that concurrence in the filing of this document has been obtained from each signatory hereto.

DATED: September 16, 2010

NIXON PEABODY LLP

By: /s/ Talley E. McIntyre
Talley E. McIntyre
Attorneys for Defendant
SCHICK MANUFACTURING, INC.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED**

Dated: 9/27/10

By _____
The Honorable Jeremy Fogel