Scott Wales (State Bar No. 179804)
waless@howrey.com
Sarah M. Jalali (State Bar No.244971)
jalalis@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Theodore Remaklus (*Pro Hac Vice*)
tremaklus@whepatent.com
Wood, Herron & Evans, L.L.P.
441 Vine Street
2700 Carew Tower
Cincinnati, Ohio 45202
Telephone: (513) 241-2324
Facsimile: 513-421-7269

Attorneys for Defendant
KRACO ENTERPRISES LLC

\*\*E-Filed 10/14/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br> vs. <br> AERO PRODUCTS INTERNATIONAL INC. ET AL., <br><br> Defendants. | Case No. CV10-02994-JF <br><br> **DEFENDANT KRACO ENTERPRISES LLC'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER** <br><br> Judge: Hon. Jeremy Fogel <br> Date: November 19, 2010 <br> Time: 11:00 a.m. <br> Courtroom: Courtroom 3, 5th Floor |

Pursuant to Civ. L.R. 16-10(a), attorney Theodore R. Remaklus, Esq. of Wood, Herron & Evans, L.L.P. in Cincinnati, Ohio, trial counsel for Defendant Kraco Enterprises LLC ("Kraco") in this action, respectfully requests permission to participate in the initial Case Management Conference and concurrently scheduled hearing by telephone. The Case Management Conference is currently set for November 19, 2010, at 11:00 a.m., at which time the Court is also scheduled to hear Kraco's pending motion to dismiss. See Docket No. 210. Kraco notes that, on October 6,

//

//

2010, the Court entered an Order Severing Kraco (Docket No. 293), but as of the filing of this request, the Clerk has not yet opened a new case number.

Respectfully submitted,

Dated: October 13, 2010   By:   /s/ Theodore R. Remaklus
Theodore R. Remaklus
WOOD, HERRON & EVANS, L.L.P.

Attorneys for Defendant
KRACO ENTERPRISES LLC

## [~~PROPOSED~~] ORDER

The request to appear at the initial Case Management Conference and concurrently scheduled hearing by telephone is GRANTED. Counsel shall contact Court Call at 866-582-6878 in ADVANCE of the hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: 10/14/2010   By: _____
Jeremy Fogel, U.S. District Court Judge

## Certificate of Service

The undersigned certifies that on October 13, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

WOOD, HERRON & EVANS, L.L.P.

Dated: October 13, 2010      By:    /s/ Theodore R. Remaklus
Theodore R. Remaklus