**E-Filed 11/4/2010**

CAROLINE McINTYRE, SBN 159005
cmcintyre@be-law.com
MELINDA M. MORTON, SBN 209373
mmorton@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

PAUL B. HUNT (Admitted *Pro Hac Vice*)
Paul.Hunt@btlaw.com
JOSHUA P. LARSEN (Admitted *Pro Hac Vice*)
Joshua.Larsen@btlaw.com
BARNES & THORNBURG LLP
11 South Meridian St.
Indianapolis, IN 46256
Telephone: (317) 231-1313
Facsimile: (317) 231-7433

Attorneys for Defendant
DEXAS INTERNATIONAL LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| San Francisco Technology, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>Aero Products International Inc., BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies, Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, and 4-D Design Inc., <br><br>Defendants. | Case No. CV10-02994 JF <br><br>*AMENDED* [PROPOSED] ORDER GRANTING DEFEDANT DEXAS INTERNATIONAL LTD.'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING BY TELEPHONE <br><br>Date: November 19, 2010 <br>Time: 11:00 a.m. <br>Courtroom 3, Fifth Floor <br>Judge: Hon. Jeremy Fogel |

---

*AMENDED* [PROPOSED] ORDER GRANTING DEXAS' REQUEST FOR COUNSEL TO PARTICIPATE IN
INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING BY TELEPHONE
Case No. CV10-02994 JF

Defendant Dexas International Ltd.'s request to have counsel Paul B. Hunt and Joshua P. Larsen participate in the initial Case Management Conference and concurrently scheduled motion hearing by telephone is GRANTED. Counsel shall contact Court Call at 866-582-6878 in advance of the hearing to arrange for the telephonic appearance.

IT IS SO ORDERED.

Date: 11/4/2010

Hon. Jeremy Fogel
United States District Judge

---

1

AMENDED [PROPOSED] ORDER GRANTING DEXAS' REQUEST FOR COUNSEL TO PARTICIPATE IN
INITIAL CASE MANAGEMENT CONFERENCE AND MOTION HEARING BY TELEPHONE
Case No. CV10-02994 JF