Talley E. McIntyre (SBN 203131)
thenry@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Maia H. Harris (*Pro Hac Vice*)
mharris@nixonpeabody.com
NIXON PEABODY LLP
100 Summer Street, 25th Floor
Boston, MA 02110
Telephone: (617) 345-1000
Fax: (877) 670-8148

Attorneys for Defendant
SCHICK MANUFACTURING INC.

\*\*E-Filed 11/16/2010\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., <br><br> Plaintiff, <br><br> vs. <br><br> AERO PRODUCTS INTERNATIONAL INC.; BP LUBRICANTS USA INC.; BRK BRANDS INC.; CALICO BRANDS INC.; COOPER LIGHTING LLC; DAREX LLC; DEXAS INTERNATIONAL LTD.; DYNA-GRO NUTRITION SOLUTIONS; FISKARS BRANDS INC.; GLOBAL CONCEPTS INC.; HOMAX PRODUCTS INC.; KIMBERLY-CLARK CORPORATION; KRACO ENTERPRISES LLC; LIXIT CORPORATION; MEAD WESTVACO CORPORATION; NUTRITION 21 INC.; OATEY CO.; OPTIMUM TECHNOLOGIES INC.; NEWELL RUBBERMAID INC.; SCHICK MANUFACTURING INC.; THE SCOTTS COMPANY LLC; STERLING INTERNATIONAL INC.; VITAMIN POWER INCORPORATED; WOODSTREAM CORPORATION; 4-D DESIGN INC, <br><br> Defendants. | No. CV10-02994-JF <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SCHICK MANUFACTURING, INC.'S MOTION TO TRANSFER** <br><br> submitted without oral argument <br> Date: ~~November 19, 2010~~ <br> Time: 9:00 a.m. <br> Place: Courtroom 3, 5th Floor <br> Judge: Hon. Jeremy D. Fogel <br><br> Complaint Filed: July 8, 2010 |

Having considered Defendant Schick Manufacturing, Inc.'s Motion to Transfer the Motion, Plaintiff's Statement of Non-Opposition thereto, the Reply Brief, the pleadings on file in the present action, and on proof being made to the satisfaction of the Court:

**IT IS ORDERED** that Defendant Schick Manufacturing, Inc.'s Motion to Transfer to the United States District Court, District of Connecticut (Bridgeport), Schick's request that the case, including all currently pending motions, and case management and/or scheduling issues (including Schick's pending Motion to Dismiss Pursuant to Rule 12(b)(6) and 12 (b)(1) (Dkt. # 236)) be transferred to United States District Court, District of Connecticut (Bridgeport) ~~prior to the hearing set in this matter for November 19th,~~ and Schick's request that all deadlines, hearings, discovery, disclosures, case management and/or scheduling issues be stayed until transfer is complete are **GRANTED**.

Dated: 11/16/2010

By: _____
The Honorable Jeremy Fogel
United States District Court Judge